**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

ENHANCEDCARE, INC. d/b/a
ENHANCEDCAREMD,

                Plaintiff,

  vs.

ATTENTIVE HEALTH & WELLNESS, LLC, and
DAVID CHAVIERS, individually and d/b/a
ATTENTIVE HEALTH & WELLNESS, LLC

                Defendants.

---

**NOTICE OF MOTION**

Civil Action No.  6:20-cv-06171

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **Nature of Action:** | Breach of Contract. |
| **Moving Party:** | Defendants Attentive Health & Wellness, LLC and David Chaviers, individually and d/b/a Attentive Health & Wellness, LLC |
| **Date, Time & Place:** | On a date and at a time to be scheduled by the Court, 100 State Street, Rochester, New York 14614, or by virtual means. |
| **Supporting Papers:** | Declaration of David G. Burch, Jr. with exhibits sworn to July 10, 2020, and a Memorandum in Support of Motion to for Judgment on the Pleadings, to Transfer or to Stay dated July 10,  2020. |
| **Relief Requested:** | An   Order dismissed the action, or in the alternative, transferring the action to the Northern District of Alabama, Middle Division, or in the alternative, staying the action, and such other and further relief as the Court deems just and proper. |
| **Grounds for Relief Requested:** | Rule 12(c) of the Federal Rules of Civil Procedure; 28 U.S.C. § 1404. |
| **Answering and Reply Papers:** | Pursuant to Local Rule 7(b)(2)(B), answering papers, if any, must be served no later than fourteen (14) days after service of this motion. |

Pursuant to Local Rule of Civil Procedure 7(b)(2)(B), Plaintiffs intend to file and serve reply papers to Defendant's answering papers, if any, within seven (7) days of the responding papers, if any.

**Oral Argument:**    To be scheduled by the Court.

Dated: July 10, 2020    /*s/ Anneliese R. Aliasso*_____
David G. Burch, Jr. Esq.
Anneliese R. Aliasso, Esq.

**BARCLAY DAMON LLP**
*Attorneys for Defendants*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: 315-425-2700
Email: dburch@barclaydamon.com
        aaliasso@barclaydamon.com