## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

ENHANCEDCARE, INC. d/b/a
ENHANCEDCAREMD,

          Plaintiff,

 vs.                                                             Civil Action No.  6:20-cv-06171

ATTENTIVE HEALTH & WELLNESS, LLC, and
DAVID CHAVIERS, individually and d/b/a
ATTENTIVE HEALTH & WELLNESS, LLC

          Defendants.

**DAVID G. BURCH, JR.** under penalty of perjury, declares pursuant to 28 U.S.C. § 1746:

1.     I am an attorney admitted to practice before the United States District Court for the Western District of New York and a partner of Barclay Damon LLP, attorneys for Defendants Attentive Health & Wellness, LLC and David Chaviers, individually and d/b/a Attentive Health and Wellness, LLC (collectively "Defendants").

2.     I submit this Declaration to provide exhibits in support of Defendants' Motion for Judgment on the Pleadings, to Transfer or to Stay based upon the first-to-file rule.

3.     Attached hereto as **Exhibit "A"** is a copy of the Complaint filed in the Northern District of Alabama, Middle Division captioned *C&H Management et al v. DeLuccio et al*, Civ. Act. No. 4:19-cv-01066 (the "Alabama Action").

4.     Attached hereto as **Exhibit "B"** is a copy of the Amended Complaint filed in Alabama Action.

5.     Attached hereto as **Exhibit "C"** is the parties briefing on Plaintiff EnhancedCare, Inc. d/b/a EnhancedCare MD ("Plaintiff's) motion to dismiss the Alabama Action.

6.      Attached hereto as **Exhibit "D"** is a copy of Plaintiff's Answer to the Amended Complaint with Counterclaim in the Alabama Action.

7.      Attached hereto as **Exhibit "E"** is a copy of the Summons and Complaint filed in New York State Supreme Court, Monroe County, which was subsequently removed to the Western District of New York (the "New York Action").

8.      Attached hereto as **Exhibit "F"** is a copy of Defendants' Answer in the New York Action.

9.      Defendants now request that this Court dismiss, transfer or stay the New York Action in favor of the Alabama Action pursuant to the "first-to-file rule" and the forum selection clause present in the parties agreements.

**WHEREFORE,** it is respectfully requested that the Court issue an order:

(a) Pursuant to Fed. R. Civ. P. Rule 12(c), dismissing the New York Action in favor of the Alabama action as a result of the first filed rule and/or the forum selection clause; or

(b) Pursuant to 28 U.S.C. § 1404, transferring this matter to the Northern District of Alabama, Middle Division as a result of the first filed rule and/or the forum selection clause; or

(c) In the inherent discretion of the Court, to stay the New York Action pending resolution of the first-filed rule and forum selection clause issues in the Alabama Action; and

(d) For such other and further relief as this Court deems just and proper.

Dated: July 10, 2020

_____
David G. Burch, Jr.