**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

ENHANCEDCARE, INC. d/b/a ENHANCEDCAREMD,

      Plaintiff,

  vs.

ATTENTIVE HEALTH & WELLNESS, LLC, and DAVID
CHAVIERS, individually and d/b/a ATTENTIVE HEALTH
& WELLNESS, LLC

                  Defendants.

Civil Action No.  6:20-cv-06171

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed Defendants' Notice of Motion

for Judgment on the Pleadings, Transfer or Stay, a Declaration of David G. Burch, Jr. with exhibits,

and a Memorandum of Law using the CM/ECF system which is believed to have sent an electronic

notice of such filing to all counsel of record.


              /s/ Anneliese R. Aliasso
              Anneliese R. Aliasso

12087432.1